UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gayla Farinash,

       Plaintiff,                    Civil No. 06-129 (RHK/AJB)

vs.                                   **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., d/b/a
Wyeth Pharmaceuticals, Inc., d/b/a ESI
Lederle, Pfizer, Inc., Pharmacia &
Upjohn Company, LLC, Norvatis
Pharmaceuticals Corporation,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 9, 2006

                                                                s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge